Dickson et al. *v.* Doherr, Appellant.

Dickson *v.* Doherr, Appellant.

Argued October 5, 1937. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Harold F. Reed,* of *Reed & Ewing,* with him *Robert L. Orr,* for appellant.

*Stewart P. McConnel* and *Wm. A. McConnel & Sons,* for appellees.

PER CURIAM, November 12, 1937:

An appellate court may reverse an order granting a new trial because of the amount of the verdict; but where a new trial is granted because the verdict is inadequate, an appellate court will hesitate to consider the order granting a new trial, especially where it appears from the argument and the opinion of the court below that the amounts were manifestly too small.

Appeal dismissed.